UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH M. WILLIAMS,

    Plaintiff,

v.                                                    CASE NO: 8:05-cv-68-T-23EAJ

FLORIDA HEALTH SCIENCES
CENTER, INC. d/b/a TAMPA GENERAL
HOSPITAL

    Defendant.
_____/

## **ORDER**

The Clerk entered (Doc. 10) a default against the defendant, and the plaintiff moves (Doc. 11) for default judgment. Pursuant to Rule 55(c), Federal Rules of Civil Procedure, the defendant moves to set aside the default and opposes the motion for default judgment (Doc. 16). The defendant argues that excusable neglect resulted in the failure to respond to the complaint. Courts disfavor defaults "because of the strong policy of determining cases on their merits." Florida Physicians Insurance Co. v. Ehlers, 8 F.3d 780, 783 (11th Cir. 1993). The defendant's motion to set aside the default (Doc. 16) is **GRANTED**. Accordingly, the Clerk's default (Doc. 10) is **SET ASIDE** and the plaintiff's motion (Doc. 11) for default judgment is **DENIED**.

The plaintiff's motion (Doc. 24) to strike the defendant's motion (Doc. 18) to dismiss is **DENIED**. The plaintiff will respond to the defendant's motion to dismiss on or before **July 11, 2005**. The parties will appear for oral argument on the defendant's motion (Doc. 18) to dismiss on **July 25, 2005** at **10:00 a.m.** before the Honorable

Steven D. Merryday in courtroom 15A, United States Courthouse, 801 North Florida Ave., Tampa.

ORDERED in Tampa, Florida, on June 27, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy