UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH M. WILLIAMS,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-68-T-23EAJ

FLORIDA HEALTH SCIENCES
CENTER, INC. d/b/a TAMPA GENERAL
HOSPITAL

    Defendant.
_____/

## **ORDER**

The plaintiff submits an amended complaint (Doc. 36). Accordingly, the defendant's motion (Doc. 18) to dismiss is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on July 27, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy