UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH M. WILLIAMS, ESQUIRE,**
as Administrator ad litem of the
Estate of PAUL MOSLEY, JR.,

    **Plaintiff,**

v.     Case No. 8:05-CV-68-T-23EAJ

**FLORIDA HEALTH SCIENCES CENTER,
INC., d/b/a Tampa General Hospital,**

    **Defendant.**
_____/

## ORDER

Before the court is Plaintiff's counsel, Nathaniel Tindall, Esquire's **Motion for Partial Reconsideration** (Dkt. 118), filed March 5, 2007. Defendant has not filed a response as of the date of this order; therefore, Defendant is deemed to have no objection to the relief requested. See Local Rule 3.01(b), M.D. Fla.

Nathaniel Tindall, Esquire ("Tindall"), counsel for Plaintiff, requests that this court reconsider in part its order imposing sanctions (Dkt. 115) in light of the Eleventh Circuit's recent denial of Defendants' motion for attorneys' fees and double costs on appeal pursuant to Rule 38, Federal Rules of Appellate Procedure. Tindall specifically challenges the court's sua sponte imposition of sanctions, arguing that by implication, the Eleventh Circuit determined that Plaintiff's position was not frivolous (Dkt. 118 at 2-3).

A federal appeals court may award damages and costs to an appellee when an appeal is found to be frivolous. Fed. R. App. P. 38. However, this rule is discretionary. Id.; see also Yossifon v. City of Cocoa Beach, Fla., No. 6:02-CV-06-ORL-28KRS, 2006 WL 2130909, *6 (M.D. Fla. July 28,

2006). Even where a sanction may be justified, an appeals court may decline to impose sanctions pursuant to Rule 38. Flaherty v. Gas Research Institute, 31 F.3d 451, 459 (7th Cir. 1994) (citation omitted).

In the instant case, the Eleventh Circuit, exercising its discretion, denied Defendant's request for sanctions pursuant to Rule 38 without discussion. Williams v. Fla. Health Sci. Ctr., No. 06-14867-HH (11th Cir. Feb. 21, 2007). However, in affirming this court's entry of judgment in favor of Defendant, the court found "no error in the [district] court's application of the doctrine of res judicata." Williams v. Fla. Health Sci. Ctr., Inc., No. 06-14867, 2007 WL 519261, *1 (11th Cir. Feb. 21, 2007) (per curiam). Therefore, this court finds no justification for reconsideration of the sanctions order.

Accordingly and upon consideration, it is **ORDERED AND ADJUDGED**:

(1) Plaintiff's counsel, Nathaniel Tindall, Esquire's Motion for Partial Reconsideration (Dkt. 118) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida this 26th day of March, 2007.

ELIZABETH A JENKINS
United States Magistrate Judge

2